Form 132 – 13sum

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 19−23311−SLM
                Chapter:  13
                Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Brian Conlon | Lauren Conlon |
| fdba KPC Design and Build LLC, fdba | fka Lauren Tilelli |
| Triton Pools, Inc. | 6 Darlington Dr |
| 6 Darlington Dr | Rockaway, NJ 07866−4523 |
| Rockaway, NJ 07866−4523 | |

Social Security No.:
   xxx−xx−8491                               xxx−xx−8294

Employer's Tax I.D. No.:
   26−4119325

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           9/25/19
Time:          08:30 AM
Location:     Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: August 15, 2019
JAN: dlr

                                                Jeanne Naughton
                                                Clerk, U. S. Bankruptcy Court