Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  19−23311−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Brian Conlon
fdba KPC Design and Build LLC, fdba
Triton Pools, Inc.
6 Darlington Dr
Rockaway, NJ 07866−4523

Lauren Conlon
fka Lauren Tilelli
6 Darlington Dr
Rockaway, NJ 07866−4523

Social Security No.:
xxx−xx−8491

xxx−xx−8294

Employer's Tax I.D. No.:
26−4119325

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              9/25/19
Time:              08:30 AM
Location:          Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: August 15, 2019
JAN: dlr

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-23311-SLM
Brian Conlon                                                          Chapter 13
Lauren Conlon
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 2              Date Rcvd: Aug 15, 2019
                               Form ID: 132             Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2019.
```
db/jdb         Brian Conlon,    Lauren Conlon,    6 Darlington Dr,    Rockaway, NJ 07866-4523
518341591      Alex Khalil,    52 Geiger Ln,    Warren, NJ 07059-6948
518341594      Amex,    Correspondence/Bankruptcy,    PO Box 981540,    El Paso, TX 79998-1540
518341595      Amex,    PO Box 981537,    El Paso, TX 79998-1537
518341596     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    Attn: Bankruptcy,    PO Box 982238,
                El Paso, TX 79998-2238)
518341597      Bankamerica,    4909 Savarese Cir,    Tampa, FL 33634-2413
518341598      Barclays Bank Delaware,    PO Box 8803,    Wilmington, DE 19899-8803
518341599      Barclays Bank Delaware,    Attn: Correspondence,    PO Box 8801,    Wilmington, DE 19899-8801
518341600      Best Buy/Cbna,    PO Box 6497,    Sioux Falls, SD 57117-6497
518372394     +CCAP Auto Lease Ltd.,    P.O. BOX 961275,    FORT WORTH, TX 76161-0275
518341603      Chase Card Services,    Attn: Bankruptcy,    PO Box 15298,    Wilmington, DE 19850-5298
518341604      Chrysler Capital,    PO Box 961275,    Fort Worth, TX 76161-0275
518341605      Citibank/Best Buy,    Attn: Bankruptcy,    PO Box 790441,    Saint Louis, MO 63179-0441
518341608      DeMarco & DeMarco, Esqs.,    912 Belmont Ave,    Haledon, NJ 07508-2550
518341611      Donnelly Minter & Kelly, LLC,    163 Madison Ave Ste 320,    Morristown, NJ 07960-7324
518378851     +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                Boca Raton, FL 33487-2853
518341613      John and Monica Micera,    20 Spring Hill Rd,    Mendham, NJ 07945-2805
518341614      Jpmcb Card,    PO Box 15369,    Wilmington, DE 19850-5369
518341617      Marcelo Vazquez and Kathy Vazquez,    51 W Main St,    Mendham, NJ 07945-1223
518341618      Melissa and Sammy Lui,    35 Stratton Dr,    Wayne, NJ 07470-3986
518341619      Miller & Miller,    466 Southern Blvd,    Chatham, NJ 07928-1462
518341620      Paul and Jill Kohner,    9 Magnolia Ct,    Succasunna, NJ 07876-2109
518341625     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    N.J. Division of Taxation Bankruptcy Sec,
                PO Box 245,    Trenton, NJ 08695-0245)
518343921     +Salvatore Caligiuri,    197 Elmwood Dr,    Parsippany, NJ 07054-3007
518341624      Santander Consumer USA,    PO Box 961245,    Fort Worth, TX 76161-0244
518341623      Santander Consumer USA,    Attn: Bankruptcy,    PO Box 961245,    Fort Worth, TX 76161-0244
518341626     +Thrift Investment Corp,    720 King George Rd,    Fords, NJ 08863-1985
518341627      Thrift Investment Corporation,    Attn: Bankruptcy,    PO Box 538,    Fords, NJ 08863-0538
518341630     #Triton Pools,    165 US Highway 46,    Rockaway, NJ 07866-4019
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 15 2019 23:57:19     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 15 2019 23:57:16      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
518341593      E-mail/Text: ally@ebn.phinsolutions.com Aug 15 2019 23:55:52      Ally Financial,
                Attn: Bankruptcy Dept,    PO Box 380901,    Bloomington, MN 55438-0901
518341592      E-mail/Text: ally@ebn.phinsolutions.com Aug 15 2019 23:55:52      Ally Financial,
                200 Renaissance Ctr # B0,    Detroit, MI 48243-1300
518341602      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 15 2019 23:58:36
                Capital One Bank USA N,    15000 Capital One Dr,    Richmond, VA 23238-1119
518341601      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 15 2019 23:59:07     Capital One,
                Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
518404538     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 15 2019 23:59:52
                Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518341606      E-mail/PDF: creditonebknotifications@resurgent.com Aug 15 2019 23:58:39      Credit One Bank,
                ATTN: Bankruptcy Department,    PO Box 98873,    Las Vegas, NV 89193-8873
518341607      E-mail/PDF: creditonebknotifications@resurgent.com Aug 15 2019 23:58:39      Credit One Bank NA,
                PO Box 98872,    Las Vegas, NV 89193-8872
518341610      E-mail/Text: mrdiscen@discover.com Aug 15 2019 23:56:23     Discover Financial,
                Attn: Bankruptcy Department,    PO Box 15316,    Wilmington, DE 19850-5316
518352896      E-mail/Text: mrdiscen@discover.com Aug 15 2019 23:56:23     Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
518341609      E-mail/Text: mrdiscen@discover.com Aug 15 2019 23:56:23     Discover Fin Svcs LLC,
                PO Box 15316,    Wilmington, DE 19850-5316
518341612      E-mail/Text: cio.bncmail@irs.gov Aug 15 2019 23:56:44     Internal Revenue Service,
                Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
518341615      E-mail/Text: krivera@leadersfc.com Aug 15 2019 23:55:49     Leaders Financial Comp,
                21 Commerce Dr Fl 1,    Cranford, NJ 07016-3550
518341616      E-mail/Text: krivera@leadersfc.com Aug 15 2019 23:55:49     Leaders Financial Company,
                ATTN: Bankruptcy,    21 Commerce Dr Ste 101,    Cranford, NJ 07016-3519
518341622      E-mail/Text: bankruptcyteam@quickenloans.com Aug 15 2019 23:57:36      Quicken Loans,
                Attn: Bankruptcy,    1050 Woodward Ave,    Detroit, MI 48226-1906
518341621      E-mail/Text: bankruptcyteam@quickenloans.com Aug 15 2019 23:57:36      Quicken Loans,
                1050 Woodward Ave,    Detroit, MI 48226-1906
```

```
District/off: 0312-2          User: admin              Page 2 of 2                  Date Rcvd: Aug 15, 2019
                              Form ID: 132             Total Noticed: 49
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
518370808       +E-mail/Text: bankruptcyteam@quickenloans.com Aug 15 2019 23:57:36      Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
518341628       +E-mail/Text: marisa.sheppard@timepayment.com Aug 15 2019 23:57:26      Timepayment Corp,
                 1600 District Ave Ste 20,    Burlington, MA 01803-5233
518341629        E-mail/Text: marisa.sheppard@timepayment.com Aug 15 2019 23:57:26      Timepayment Corp, LLC.,
                 Attn: Bankruptcy,   1600 District Ave Ste 200,    Burlington, MA  01803-5233
                                                                                              TOTAL: 20

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2019 at the address(es) listed below:
```
              Andrew M. Lubin    on behalf of Creditor    Bank of America, N.A. bkecf@milsteadlaw.com,
               alubin@milsteadlaw.com
              Kevin Gordon McDonald    on behalf of Creditor    Quicken Loans Inc. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Scott J. Goldstein    on behalf of Joint Debtor Lauren   Conlon sjg@sgoldsteinlaw.com,
               cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
              Scott J. Goldstein    on behalf of Debtor Brian   Conlon sjg@sgoldsteinlaw.com,
               cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```