UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Law Office of Scott J Goldstein LLC
280 West Main Street
Denville, NJ 07834
Tel:  (973) 453-2838
Fax:  (973) 453-2869
sjg@sgoldsteinlaw.com

Scott J Goldstein (016472004)

**Order Filed on December 6, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

In Re:

Brian Conlon and Lauren Conlon

Case No.:  19-23311

Adv. No.:

Hearing Date: 10/23/2019

Judge:  Stacey L. Meisel

## Order Granting Motion to Sever Case

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

**DATED: December 6, 2019**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Case No.:  19-23311
Case Name:

**THIS MATTER,** having been opened to the Court on the motion of the Debtor, Brian Conlon and Lauren Conlon, by and through counsel, Scott J. Goldstein, Esq. seeking an Order, pursuant to 11 U.S.C. §105, severing the matter of Brian Conlon from that of Lauren Conlon, and the Court having read the papers in support and in opposition to the motion, if any, and the Court having heard the arguments of counsel, if any, and for good cause shown:

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Debtor's motion is hereby granted

2. The Clerk of the United States Bankruptcy Court is hereby directed to open a new case for Brian Conlon and assign a new Chapter 13 case number thereto.

3. Marie-Ann Greenberg is hereby appointed as Trustee in the new Chapter 13 case.

4. Counsel for the Debtor, Brian Conlon shall file a motion or notice to convert the case of Brian Conlon to one under Chapter 7 within seven (7) days of the date hereof.

5. Counsel for the Debtor, Brian Conlon, shall file amended schedules A, B, C, D, E, F, G and H reflecting the allocation of assets and debts as between the formerly joint cases within 14 days of the date hereof or as further ordered by the Court.

6. Counsel for the Debtor, Lauren Conlon, shall file amended schedules A, B, C, D, E, F, G and H reflecting the allocation of assets and debts as between the formerly joint cases within 14 days of the date hereof.

Case No.: 19-23311
Case Name:

7. Counsel for the Debtor, Lauren Conlon, shall review the claims that are present and filed in this Chapter 13 matter and if any of the claims are solely the liability of Brian Conlon, Counsel shall object to same within 14 days of the date hereof.

8. A copy of the within Order shall be served on all parties having an interest therein, the United States Trustee's Office and the Chapter 13 Trustee within seven (7) days of the date hereof.