UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Law Office of Scott J Goldstein LLC
280 West Main Street
Denville, NJ 07834
Tel: (973) 453-2838
Fax: (973) 453-2869
sjg@sgoldsteinlaw.com

Scott J Goldstein (016472004)

Order Filed on December 6,
2019 by Clerk, U.S. Bankruptcy
Court - District of New Jersey

In Re:

Brian Conlon and Lauren Conlon

Case No.: 19-23311

Adv. No.:

Hearing Date: 10/23/2019

Judge: Stacey L. Meisel

**Order Granting Motion to Sever Case**

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

**DATED: December 6, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Case No.: 19-23311
Case Name:

**THIS MATTER,** having been opened to the Court on the motion of the Debtor, Brian Conlon and Lauren Conlon, by and through counsel, Scott J. Goldstein, Esq. seeking an Order, pursuant to 11 U.S.C. §105, severing the matter of Brian Conlon from that of Lauren Conlon, and the Court having read the papers in support and in opposition to the motion, if any, and the Court having heard the arguments of counsel, if any, and for good cause shown:

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Debtor's motion is hereby granted

2. The Clerk of the United States Bankruptcy Court is hereby directed to open a new case for Brian Conlon and assign a new Chapter 13 case number thereto.

3. Marie-Ann Greenberg is hereby appointed as Trustee in the new Chapter 13 case.

4. Counsel for the Debtor, Brian Conlon shall file a motion or notice to convert the case of Brian Conlon to one under Chapter 7 within seven (7) days of the date hereof.

5. Counsel for the Debtor, Brian Conlon, shall file amended schedules A, B, C, D, E, F, G and H reflecting the allocation of assets and debts as between the formerly joint cases within 14 days of the date hereof or as further ordered by the Court.

6. Counsel for the Debtor, Lauren Conlon, shall file amended schedules A, B, C, D, E, F, G and H reflecting the allocation of assets and debts as between the formerly joint cases within 14 days of the date hereof.

Case No.:  19-23311
Case Name:

7. Counsel for the Debtor, Lauren Conlon, shall review the claims that are present and filed in this Chapter 13 matter and if any of the claims are solely the liability of Brian Conlon, Counsel shall object to same within 14 days of the date hereof.

8. A copy of the within Order shall be served on all parties having an interest therein, the United States Trustee's Office and the Chapter 13 Trustee within seven (7) days of the date hereof.

..........

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-23311-SLM
Lauren Conlon                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 1              Date Rcvd: Dec 09, 2019
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 11, 2019.
jdb             Lauren Conlon,    6 Darlington Dr,    Rockaway, NJ   07866-4523

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 9, 2019 at the address(es) listed below:
              Andrew M. Lubin    on behalf of Creditor   Bank of America, N.A. bkecf@milsteadlaw.com,
               alubin@milsteadlaw.com
              Denise E. Carlon    on behalf of Creditor   Quicken Loans Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor   Quicken Loans Inc. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Scott J. Goldstein    on behalf of Joint Debtor Lauren  Conlon sjg@sgoldsteinlaw.com,
               cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6