Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                  Case No.:  19−23311−SLM
                                  Chapter:  13
                                  Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Lauren Conlon
    fka Lauren Tilelli
    6 Darlington Dr
    Rockaway, NJ 07866−4523

Social Security No.:
    xxx−xx−8294

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/13/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 16, 2019
JAN: rah

                                                                                 Jeanne Naughton
                                                                                 Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                  Case No. 19-23311-SLM
Lauren Conlon                                                           Chapter 13
         Debtor
                                      CERTIFICATE OF NOTICE
District/off: 0312-2         User: admin                   Page 1 of 3          Date Rcvd: Dec 16, 2019
                             Form ID: 148                  Total Noticed: 59

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 18, 2019.
jdb              Lauren Conlon,    6 Darlington Dr,    Rockaway, NJ  07866-4523
cr              +John Micera,    20 Spring Hill Rd.,   Mendham, NJ 07945-2805
518341591        Alex Khalil,    52 Geiger Ln,    Warren, NJ  07059-6948
518341597        Bankamerica,    4909 Savarese Cir,    Tampa, FL  33634-2413
518341600        Best Buy/Cbna,    PO Box 6497,    Sioux Falls, SD  57117-6497
518459970        Citibank, N.A.,    5800 S Corporate Pl,    Sioux Falls, SD  57108-5027
518341605        Citibank/Best Buy,    Attn: Bankruptcy,    PO Box 790441,    Saint Louis, MO  63179-0441
518341608        DeMarco & DeMarco, Esqs.,    912 Belmont Ave,    Haledon, NJ  07508-2550
518341611        Donnelly Minter & Kelly, LLC,    163 Madison Ave Ste 320,    Morristown, NJ  07960-7324
518378851       +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                  c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                  Boca Raton, FL 33487-2853
518341613        John and Monica Micera,    20 Spring Hill Rd,    Mendham, NJ  07945-2805
518341617        Marcelo Vazquez and Kathy Vazquez,    51 W Main St,    Mendham, NJ  07945-1223
518341618        Melissa and Sammy Lui,    35 Stratton Dr,    Wayne, NJ  07470-3986
518341619        Miller & Miller,    466 Southern Blvd,    Chatham, NJ  07928-1462
518341620        Paul and Jill Kohner,    9 Magnolia Ct,    Succasunna, NJ  07876-2109
518455867       +Peter Falivene,    96 Rippling Brook Way,    Bernadsville, NJ 07924-2036
518451920      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                  PO Box 245,   Trenton, NJ 08695-0245)
518343921       +Salvatore Caligiuri,    197 Elmwood Dr,    Parsippany, NJ  07054-3007
518442583       +Santander Bank, N.A.,    450 Penn Street, Mail Code 10-421-MC3,    Reading, PA 19602-1011
518417577       +Santander Bank, N.A.,    Attn: Legal Department,    200 Liberty Street, 17th Floor,
                  New York, NY 10281-2104
518341626       +Thrift Investment Corp,    720 King George Rd,    Fords, NJ 08863-1985
518341627        Thrift Investment Corporation,    Attn: Bankruptcy,    PO Box 538,   Fords, NJ  08863-0538
518341630       #Triton Pools,    165 US Highway 46,    Rockaway, NJ  07866-4019

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Dec 16 2019 23:46:34      U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 16 2019 23:46:32      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
518548941        EDI: GMACFS.COM Dec 17 2019 04:08:00      Ally Capital,    PO Box 130424,
                  Roseville MN 55113-0004
518341593        EDI: GMACFS.COM Dec 17 2019 04:08:00      Ally Financial,    Attn: Bankruptcy Dept,
                  PO Box 380901,    Bloomington, MN  55438-0901
518341592        EDI: GMACFS.COM Dec 17 2019 04:08:00      Ally Financial,    200 Renaissance Ctr # B0,
                  Detroit, MI  48243-1300
518419565        EDI: BECKLEE.COM Dec 17 2019 04:08:00      American Express National Bank,
                  c/o Becket and Lee LLP,    PO Box 3001,   Malvern  PA 19355-0701
518341594        EDI: AMEREXPR.COM Dec 17 2019 04:08:00      Amex,    Correspondence/Bankruptcy,   PO Box 981540,
                  El Paso, TX  79998-1540
518341595        EDI: AMEREXPR.COM Dec 17 2019 04:08:00      Amex,    PO Box 981537,    El Paso, TX  79998-1537
518341596        EDI: BANKAMER.COM Dec 17 2019 04:08:00      Bank of America,    Attn: Bankruptcy,   PO Box 982238,
                  El Paso, TX  79998-2238
518434421        EDI: BANKAMER.COM Dec 17 2019 04:08:00      Bank of America, N.A.,    PO BOX 31785,
                  Tampa, FL 33631-3785
518341599        EDI: TSYS2.COM Dec 17 2019 04:08:00      Barclays Bank Delaware,    Attn: Correspondence,
                  PO Box 8801,    Wilmington, DE  19899-8801
518341598        EDI: TSYS2.COM Dec 17 2019 04:08:00      Barclays Bank Delaware,    PO Box 8803,
                  Wilmington, DE  19899-8803
518341602        EDI: CAPITALONE.COM Dec 17 2019 04:08:00      Capital One Bank USA N,    15000 Capital One Dr,
                  Richmond, VA  23238-1119
518372394       +EDI: CHRM.COM Dec 17 2019 04:08:00      CCAP Auto Lease Ltd.,    P.O. BOX 961275,
                  FORT WORTH, TX 76161-0275
518341601        EDI: CAPITALONE.COM Dec 17 2019 04:08:00      Capital One,    Attn: Bankruptcy,   PO Box 30285,
                  Salt Lake City, UT  84130-0285
518404538       +EDI: AIS.COM Dec 17 2019 04:08:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                  Oklahoma City, OK 73118-7901
518341603        EDI: CHASE.COM Dec 17 2019 04:08:00      Chase Card Services,    Attn: Bankruptcy,   PO Box 15298,
                  Wilmington, DE  19850-5298
518341604        EDI: CHRM.COM Dec 17 2019 04:08:00      Chrysler Capital,    PO Box 961275,
                  Fort Worth, TX  76161-0275
518341606        E-mail/PDF: creditonebknotifications@resurgent.com Dec 16 2019 23:52:53      Credit One Bank,
                  ATTN: Bankruptcy Department,    PO Box 98873,    Las Vegas, NV  89193-8873
518341607        E-mail/PDF: creditonebknotifications@resurgent.com Dec 16 2019 23:52:52      Credit One Bank NA,
                  PO Box 98872,    Las Vegas, NV  89193-8872
518341610        EDI: DISCOVER.COM Dec 17 2019 04:08:00      Discover Financial,    Attn: Bankruptcy Department,
                  PO Box 15316,    Wilmington, DE  19850-5316
518352896        EDI: DISCOVER.COM Dec 17 2019 04:08:00      Discover Bank,    Discover Products Inc,
                  PO Box 3025,    New Albany, OH  43054-3025
```

```
District/off: 0312-2          User: admin              Page 2 of 3                 Date Rcvd: Dec 16, 2019
                              Form ID: 148             Total Noticed: 59


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518341609         EDI: DISCOVER.COM Dec 17 2019 04:08:00      Discover Fin Svcs LLC,   PO Box 15316,
                  Wilmington, DE  19850-5316
518341612         EDI: IRS.COM Dec 17 2019 04:08:00      Internal Revenue Service,
                  Centralized Insolvency Operation,    PO Box 7346,   Philadelphia, PA  19101-7346
518341614         EDI: CHASE.COM Dec 17 2019 04:08:00      Jpmcb Card,   PO Box 15369,
                  Wilmington, DE  19850-5369
518341615         E-mail/Text: krivera@leadersfc.com Dec 16 2019 23:45:36      Leaders Financial Comp,
                  21 Commerce Dr Fl 1,   Cranford, NJ  07016-3550
518341616         E-mail/Text: krivera@leadersfc.com Dec 16 2019 23:45:36      Leaders Financial Company,
                  ATTN: Bankruptcy,   21 Commerce Dr Ste 101,   Cranford, NJ  07016-3519
518423375         E-mail/PDF: resurgentbknotifications@resurgent.com Dec 16 2019 23:52:56      LVNV Funding, LLC,
                  Resurgent Capital Services,   PO Box 10587,   Greenville, SC  29603-0587
518462679         EDI: PRA.COM Dec 17 2019 04:08:00      Portfolio Recovery Associates, LLC,   c/o Jetblue Card,
                  POB 41067,   Norfolk VA  23541
518341622         E-mail/Text: bankruptcyteam@quickenloans.com Dec 16 2019 23:46:49      Quicken Loans,
                  Attn: Bankruptcy,   1050 Woodward Ave,   Detroit, MI  48226-1906
518341621         E-mail/Text: bankruptcyteam@quickenloans.com Dec 16 2019 23:46:49      Quicken Loans,
                  1050 Woodward Ave,   Detroit, MI  48226-1906
518370808        +E-mail/Text: bankruptcyteam@quickenloans.com Dec 16 2019 23:46:49      Quicken Loans Inc.,
                  635 Woodward Avenue,   Detroit, MI  48226-3408
518341623         EDI: DRIV.COM Dec 17 2019 04:08:00      Santander Consumer USA,   Attn: Bankruptcy,
                  PO Box 961245,   Fort Worth, TX  76161-0244
518341624         EDI: DRIV.COM Dec 17 2019 04:08:00      Santander Consumer USA,   PO Box 961245,
                  Fort Worth, TX  76161-0244
518341628        +E-mail/Text: marisa.sheppard@timepayment.com Dec 16 2019 23:46:41      Timepayment Corp,
                  1600 District Ave Ste 20,   Burlington, MA  01803-5233
518341629         E-mail/Text: marisa.sheppard@timepayment.com Dec 16 2019 23:46:41      Timepayment Corp, LLC.,
                  Attn: Bankruptcy,   1600 District Ave Ste 200,   Burlington, MA  01803-5233
                                                                                              TOTAL: 36

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518441231*        American Express National Bank,    c/o Becket and Lee LLP,   PO Box 3001,
                  Malvern  PA  19355-0701
518341625*      ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ  08646-0245
                 (address filed with court:   State of New Jersey,    N.J. Division of Taxation Bankruptcy Sec,
                  PO Box 245,   Trenton, NJ  08695-0245)
                                                                                        TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 16, 2019 at the address(es) listed below:
              Andrew M. Lubin    on behalf of Creditor    Bank of America, N.A. bkecf@milsteadlaw.com,
               alubin@milsteadlaw.com
              Denise E. Carlon    on behalf of Creditor    Quicken Loans Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Quicken Loans Inc. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
```

```
District/off: 0312-2          User: admin                Page 3 of 3          Date Rcvd: Dec 16, 2019
                              Form ID: 148               Total Noticed: 59
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
      Scott J. Goldstein    on behalf of Joint Debtor Lauren  Conlon sjg@sgoldsteinlaw.com, cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
      TOTAL: 6